**Frederick Hamilton BANKS, Petitioner-Appellant,**

v.

**Charles RATLEDGE; Mark Hornak; David Hicton; Robert Cessar; United States Marshals Service; Jefferson B. Sessions III, Respondents-Appellees.**

No. 17-7355

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Frederick Hamilton Banks, Appellant Pro Se.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Hamilton Banks appeals the district court's order adopting the magis-trate judge's recommendation to dismiss his 28 U.S.C. § 2241 (2012) petition, as well as its order denying Banks' self-styled motion to vacate that order and judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Banks v. Ratledge*, No. 5:16-hc-02219-D (E.D.N.C. Aug. 14, 2017 & Oct. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*